### John Brown vs. Snow *Diligence,* 1749

W. Robinson
pro Respond[ts]

COLONY OF RHODE ISLAND ETC. At a Court of Vice Admiralty held at Newport in said Colony on Monday the Second of October A: D. 1749.
Present the Honble Sam[ll] Wickham Esq[r] D[y] Judge